**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 13-1628**

———

In Re: EDDIE GAMBLE, SR.,

        Petitioner.

———

On Petition for Writ of Mandamus.
(5:11-ct-03176-FL)

———

Submitted:  October 22, 2013     Decided:  November 21, 2013

———

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

———

Petition denied by unpublished per curiam opinion.

———

Eddie Gamble, Sr., Petitioner Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eddie Gamble, Sr., filed a petition for a writ of mandamus and a supplemental petition for a writ of mandamus, alleging that the district court has unduly delayed acting on his Bivens[*] action. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed the action without prejudice and denied Gamble's motions for reconsideration. Accordingly, because Gamble has obtained the relief he requested, we deny the mandamus petition and supplemental mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED

---

[*] Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).